No. 73–6653.   BARTOS *v.* BRIGHAM YOUNG UNIVERSITY ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 73–438.   MOBIL OIL CORP. *v.* FEDERAL POWER COMMISSION.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of this petition.